# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) Case No. 6:18MJ00063-JDP |
| JOSEPH ALEXANDER, | ) ) |

**ORDER SETTING CONDITIONS OF RELEASE**
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and government counsel within 7 days of any change of address; and

(4) Unless waived by the Court, the defendant must appear before: U.S. District Court in Yosemite on January 15, 2018 at 10:00 AM before Magistrate Judge Jeremy D. Peterson

(5) The defendant must report to and comply with the rules and regulations of the Pretrial Services Agency;

(6) The defendant must reside at a location approved by the pretrial services officer and not move or absent himself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

(7) The defendant must cooperate in the collection of a DNA sample;

(8) The defendant must restrict his travel to the Ninth Circuit, excluding Hawaii and Alaska, unless otherwise approved in advance by the pretrial services officer;

(9) The defendant must surrender his passport to the Clerk, U.S. District Court, within 72 hours and he must not apply for or obtain a passport or any other travel documents during the pendency of this case. The defendant must work through a third party (not an ex-wife or former domestic partner) to obtain his passport, which is not currently in his possession, prior to surrendering his passport.

(10) The defendant must not possess, have in his residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, he must provide written proof of divestment of all firearms/ammunition currently under your control. Not with standing this limitation, the defendant may possess and may use appropriately his Hilti powder-actuated nail gun.

(11) The defendant must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and he must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

(12) The defendant must submit to drug and/or alcohol testing as approved by the pretrial services officer. He must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

(13) The defendant must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. He must pay all or part of the costs of the counseling services based upon his ability to pay, as determined by the pretrial services officer;

(14) The defendant must report any contact with law enforcement to his pretrial services officer within 24 hours.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____

*Defendant's signature*

Date: 11/28/2018

*Judicial Officer's Signature*

Magistrate Judge Jeremy D. Peterson
*Printed name and title*

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
*Defendant's Signature*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

Date: 11/28/18

_____
*Judicial Officer's Signature*

*Printed name and title*

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 11/28/2018

X _____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 11/28/18

_____
*Judge's signature*