| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | JOSEPH ALEXANDER |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:18-mj-00063-JDP |
| Plaintiff, | | |
| vs. | | MOTION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER |
| JOSEPH ALEXANDER, | | |
| Defendant. | | |

On November 30, 2018, Joseph Alexander was granted pretrial release subject to specific conditions. *See* Docket 7. Condition 9 ordered Mr. Alexander to surrender his passport to the Clerk within 72 hours of release. Defense counsel disclosed to the Court that the passport was in the possession of Mr. Alexander's ex-wife, Tilesha Brown. Mr. Alexander (through his older brother) has attempted to retrieve the passport from Ms. Brown, but to no avail. He has reported his failed attempts to his pretrial officer who advised him to seek a modification of his pretrial conditions.

Due to circumstances that prevent Mr. Alexander from possessing his passport, defense counsel respectfully requests the following modification of Condition 9 of the Order of Release:

> "If Mr. Alexander comes to possess his passport while this case is pending, he must surrender such passport to the Clerk, U.S. District Court within 72 hours of receiving the passport. The defendant must not apply for or obtain a passport or any other travel document during the pendency of this case."

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: December 26, 2018      By:    /s/ *Hope Alley*
                                     HOPE ALLEY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSEPH ALEXANDER

O R D E R

IT IS SO ORDERED. Joseph Alexander's conditions of release shall be modified as set forth above. All other conditions of release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   January 2, 2019                    _____
                                            UNITED STATES MAGISTRATE JUDGE