| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JOSEPH ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH ALEXANDER,

Defendant.

Case No. 6:18-mj-00063-JDP

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Mr. Alexander's status conference be continued to April 2, 2019 at 10 a.m.

On November 26, 2018, Mr. Alexander made an appearance on a criminal complaint. Undersigned counsel had originally intended to keep the case, but due to availability, scheduling and resources, the case will be transferred to Assistant Federal Defender Linda Allison, who will remain counsel for Mr. Alexander until the case has resolved. To give Ms. Allison sufficient time to review all discovery, meet with Mr. Alexander, and decide how best to proceed, the parties respectfully request that the Court continue the status conference to April 2, 2019 at 10 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 11, 2019       /s/ Susan St. Vincent
                             SUSAN ST. VINCENT
                             Yosemite Legal Officer
                             Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 11, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOSEPH ALEXANDER

## **O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, Mr. Alexander's status conference is continued to April 2, 2019 at 10 a.m.

IT IS SO ORDERED.

Dated: January 14, 2019

UNITED STATES MAGISTRATE JUDGE

Alexander: Stipulation to Continue